IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Phillip S. Figa

Civil Action No. 06-cv-02354-PSF-CBS

DAVID OTT; and
PATRICIA OTT,

    Plaintiffs,

v.

NATIONAL ACTION FINANCIAL SERVICES, INC., a Georgia corporation,

    Defendant.

## ORDER OF DISMISSAL WITH PREJUDICE

The Court, having reviewed the parties' Stipulation of Dismissal With Prejudice (Dkt. # 8) pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure and being fully advised in the premises, hereby ORDERS that this case is DISMISSED WITH PREJUDICE, each party to pay his, her or its own attorney's fees and costs.

DATED:  January 23, 2007

                                                BY THE COURT:

                                                *s/ Phillip S. Figa*

                                                _____
                                                Phillip S. Figa
                                                United States District Judge